for petitioner.  *Mr. Vincent Starzinger* for respondent.

No. 129.  MORRIS INVESTMENT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Edward L. Blackman* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Mr. Sewall Key* for respondent.

No. 136.  LANGFIELD, DOING BUSINESS AS SOLVITE COMPANY, *v.* SOLVENTOL CHEMICAL PRODUCTS, INC.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Messrs. Edward S. Rogers, William T. Woodson, Sherwin A. Hill,* and *Karl D. Loos* for petitioner.  *Mr. Arthur W. Dickey* for respondent.

No. 138.  MORRELL *v.* CITY OF NEW YORK ET AL.  October 11, 1943.  Petition for writ of certiorari to the Supreme Court of New York denied.  *Mr. David V. Cahill* for petitioner.  *Messrs. Paxton Blair* and *Charles F. Murphy* for respondents.

No. 139.  PERRY *v.* UNITED STATES.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.  *Mr. Meyer J. Sawyer* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Berge, Mr. Oscar A. Provost,* and *Miss Melva M. Graney* for the United States.